No. 42. GINZBURG ET AL. *v.* UNITED STATES. C. A. 3d Cir. (Certiorari granted, *ante,* p. 803);

No. 49. MISHKIN *v.* NEW YORK. Appeal from Ct. App. N. Y. (Probable jurisdiction noted, 380 U. S. 960); and

No. 368. A BOOK NAMED "JOHN CLELAND'S MEMOIRS OF A WOMAN OF PLEASURE" *v.* ATTORNEY GENERAL OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. (Probable jurisdiction noted, *ante,* p. 900.) Motions of the American Parents Committee, Inc., and the Committee of Religious Leaders of the City of New York for leave to appear, as *amici curiae,* and to adopt as their briefs the briefs *amicus curiae* filed by the Citizens for Decent Literature, Inc., are granted. *Charles H. Keating, Jr.,* and *James J. Clancy* on the motions.

No. 48. HARPER ET AL. *v.* VIRGINIA BOARD OF ELECTIONS ET AL. Appeal from D. C. E. D. Va. (Probable jurisdiction noted, 380 U. S. 930.) Motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* granted and thirty minutes are allotted for that purpose. Counsel for appellees are allotted an additional thirty minutes for oral argument. *Solicitor General Marshall* on the motion.

No. 490. SHEPPARD *v.* MAXWELL, WARDEN. C. A. 6th Cir. (Certiorari granted, *ante,* p. 916.) Motion to dispense with the printing of the record granted. *F. Lee Bailey* on the motion.

No. 54, Misc. RUBIO *v.* WILSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Clifton R. Jeffers,* Deputy Attorney General, for respondents.